UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-CR-00118-DMT |
| Plaintiff, | ) | |
| vs. | ) | BRIEF IN SUPPORT OF |
| | ) | MOTION TO CONTINUE |
| Cameron Monte Smith, | ) | |
| Defendant, | ) | |

[¶1] COMES NOW, counsel for defendant, Kevin J. Chapman, and submits his brief in support of his Motion to Continue as follows:

[¶2] The detention hearing is set for July 17, 2023.

[¶3] Counsel for the Defendant has not had time to adequately prepare for this hearing.

[¶4] Counsel for the Defendant respectfully requests that the Court find good cause and that the detention hearing set for July 17, 2023, be vacated and rescheduled for July 31, 2023.

DATED this 14 day of July, 2023.

Chapman Law Firm, P.C.
417 First Ave. East
PO Box 1920
Williston, ND 58802-1920
(701) 572-3966

Kevin J. Chapman, ND Bar Id: 05076
kevin@chapmanlawoffice.com
ATTORNEY FOR THE DEFENDANT