IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | Case No. 1:23-CR-00118-DMT |
| vs. | ) ) | **Cameron Monte Smith** |
| Cameron Monte Smith, | ) ) | **Unopposed Motion to Continue Jury Trial** |
| Defendant, | ) ) | |

[¶1]  COMES NOW, Cameron Monte Smith, the Defendant, by and through his attorney, Kevin J. Chapman, and moves this Honorable Court for its Order continuing the trial date currently scheduled to start September 18, 2023, for at least 90 days, on the following grounds:

1. Counsel for the Defendant has another previously scheduled trial in Williams County District Court, Case No.: 53-2022-CR-00873, which is also scheduled to start September 18, 2023.

2. The currently scheduled trial date in this case does not allow counsel for the Defendant adequate time to review voluminous discovery and prepare for trial and to file appropriate motions prior to motions deadlines.

[¶2]  The undersigned represents to the Court that this motion is made neither for purposes of undue delay, nor for any improper reason. Counsel requests a postponement of the trial and motions deadlines for at least 90 days.

[¶3]  Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act.

[¶4]    Defendant, Cameron Monte Smith, signed a Waiver of Right to Speedy Trial which was filed on August 2, 2023, Doc ID 29.

[¶5]    The Assistant United States Attorney, David D. Hagler, has been contacted and does not oppose the continuance.

Dated this _____ day of August, 2023.

RESPECTFULLY SUBMITTED:

Chapman Law Firm, P.C.
417 First Ave. East
PO Box 1920
Williston, ND 58802-1920
(701) 572-3966

Kevin J. Chapman, #05076
kevin@chapmanlawoffice.com
ATTORNEY FOR THE DEFENDANT
CAMERON MONTE SMITH