IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON MONTE SMITH,<br><br>Defendant. | Case No. 1:23-cr-00118<br><br>**UNITED STATES' REQUEST FOR COURT VOIR DIRE AND ALTERNATE JURORS** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Jonathan J. O'Konek, Assistant United States Attorney, pursuant to Federal Rule of Criminal Procedure 24(a)(2), hereby requests that this Court ask the jury panel the following questions when initially examining prospective jurors:

1. Does anyone hold membership in any group or groups which are opposed to the federal government?

2. Does anyone hold membership in any environmental advocacy groups?

3. During this trial, you will likely here testimony from law enforcement witnesses, including members of the FBI. Over the past eight years, there has been a large amount of media and political coverage about the FBI; specifically, FBI leadership. Based upon this political and media coverage, does any member of this panel have a negative opinion of the FBI?  Based upon this coverage, does any member of this panel feel that you would give an FBI agent's testimony less weight than you would any other witness?  Due to this coverage, does any member of this panel feel any ill will toward the FBI or its agents?

    4. Does anyone know any other potential juror seated in this courtroom?

        a. If so, what is your relationship with this other potential juror?

        b. If so, how often do you interact with this other potential juror?

        c. If so, would you feel comfortable disagreeing with, or voicing your opinion toward, this other potential juror?

        d. If so, is there anything that would make you feel uncomfortable about sitting on jury with this other potential juror?

Prior to making causal or preemptory challenges, the United States respectfully requests an opportunity to ask the jury panel additional questions, which are not contained in this filing. The United States respectfully requests ten (10) minutes to ask these additional questions.

Finally, pursuant to Federal Rule of Criminal Procedure 24(c)(1), the United States requests that this Court empanel two alternate jurors.

Dated:  June 4, 2024

                MAC SCHNEIDER
                United States Attorney

            By:    */s/ Jonathan J. O'Konek*
                   JONATHAN J. O'KONEK
                   Assistant United States Attorney
                   P.O. Box 699
                   Bismarck, ND  58502-0699
                   (701) 530-2420
                   ND Bar Board ID No. 06821
                   Jonathan.OKonek@usdoj.gov
                   Attorney for United States